# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

NARCUS WESLEY,

    Petitioner,

vs.

DIRECTOR NEVADA DEPT. OF CORRECTIONS, et al.,

    Respondents.

Case No. 2:13-cv-01513-JAD-CWH

**ORDER**

Respondents having submitted a motion for enlargement of time (first request) (Doc. 11), and good cause appearing;

**IT IS THEREFORE ORDERED** that respondents' motion for enlargement of time (first request) (Doc. #11) is **GRANTED**. Respondents shall have through August 21, 2014, to file and serve an answer or other response to the petition for a writ of habeas corpus.

Dated: July 10, 2014.

_____
JENNIFER A. DORSEY
United States District Judge