UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Narcus Wesley,<br><br>       Petitioner,<br><br>vs.<br><br>Director Nevada Dept. of Corrections, et al.,<br><br>       Respondents. | Case No.: 2:13-cv-1513-JAD-CWH<br><br>**Order Extending Deadline for Answer** |

Respondents move for a 60-day enlargement of time to respond to Petitioner's petition for writ of habeas corpus by June 30, 2015.  Doc. 28.  Good cause appearing, IT IS HEREBY ORDERED that the motion for an enlargement of time **[#28] is GRANTED**.

DATED April 30, 2015.

_____
Jennifer A. Dorsey
United States District Judge