# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Narcus Wesley,<br><br>      Petitioner,<br><br>vs.<br><br>Director Nevada Dept. of Corrections, et al.,<br><br>      Respondents. | Case No.: 2:13-cv-1513-JAD-CWH<br><br>**Order Extending Deadline for Answer**<br>**(Third extension, #31)** |

Respondents' time to respond to Narcus Wesley's petition has been twice extended for a total of 67 days. Docs. 29, 32. They now request an additional 10 days. Doc. 31. Good cause appearing, IT IS HEREBY ORDERED that the motion for an enlargement of time **[#31] is GRANTED**. The deadline for response is extended to July 17, 2015. This deadline will not be further extended without a showing of extraordinary circumstances.

DATED July 8, 2015

_____
Jennifer A. Dorsey
United States District Judge